IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 Case |
| GREENLEAVES DIAGNOSTIC LABORATORIES LLC, | ) Case No. 20-_____ |
| Debtor. | ) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

The following entities own, directly or indirectly, 10% or more of a class of equity interest in Greenleaves Diagnostic Laboratories LLC:

    Andorra Capital LLC

    RJ Capital Med LLC

    GB 300 Group, LLC

    Peka Group, LLC

        **GREENLEAVES DIAGNOSTIC LABORATORIES LLC**

        _____
        Daniel Kandhorov, Managing Member

Dated: July 10, 2020.