**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Greenleaves Diagnostic Laboratories LLC**        CASE NO    **20-42308-elm11**

                                                                                                            CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    7/10/20                          Signature _____
                                                                         *Daniel Kandhorov*
                                                                         *Managing Member*

Date _____            Signature _____

Beckman Coulter, Inc.
250 South Kraemer Blvd.
PO Box 8000
Brea, CA 92822

Everest Business Funding
8200 NW 52nd Ter., 2nd Floor
Doral, FL 33166

Fischer Scientific
c/o Commercial Collectors
PO Box 337
Montrose, MN 55363

Fox Capital Group Inc.
c/o Jeffrey Zachter, Esq.
30 Wall St., 8th Floor
New York, NY 10005

Henry Schein
135 Duryea Rd.
Melville, NY 11747

Laboratory Corporation of America
PO Box 12140
Burlington, NC 27216

Mantis Funding LLC
c/o Jeffrey Zachter, Esq.
30 Wall St., 8th Floor
New York, NY 10005

Quest Diagnostix
c/o Neil J. Orleans, Esq.
Ross & Smith PC
700 N. Pearl St., Suite 1610
Dallas, TX 75201

Recovery Centers of America
2701 Renaissance Blvd., 4th Floor
King of Prussia, PA 19406

Spirit of Texas Bank
PO Box FB
College Station, TX 77841

St. David's Healthcare Partnership LP
c/o Shannon, Martin
1001 McKinney St., Ste 1100
Houston, TX 77002