**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CHAPTER   **11**

**Greenleaves Diagnostic Laboratories LLC**

DEBTOR(S)                                                         CASE NO    **20-42308-elm11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Alexander Zaitsev 126 State St. Hackensack, NJ 07601 | | 30% | Membership |
| Andorra Capital LLC 3 Dakota Drive, Suite 300 New Hyde Park, NY 11042 | | 58% | Membership |
| GB 300 Group LLC 3 Dakota Drive, Suite 300 New Hyde Park, NY 11042 | | 2% | Membership |
| RJ Capital Med LLC 215-15 Northern Blvd., Suite 301 Bayside, NY 11361 | | 10% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**9/1/2020**_____          Signature:____ /s/ Daniel Kandhorov _____
                                                                                  *Daniel Kandhorov*
                                                                                  **Manager**